# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2008

135695

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

LEROY WADE, JR., a/k/a LEROY
LEWIS WADE, a/k/a LEROY LOUIS
WADE, JR.,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135695
COA: 280709
Wayne CC: 06-006059-01

On order of the Court, the application for leave to appeal the December 4, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2008

_____
Clerk